1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   LAURA JEAN BERGER
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone:  (559) 497-4000
5  Facsimile:   (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9                  IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              CASE NO.  1:22-MJ-00117-SAB
                                                     1:22-MJ-00114-SAB
13                       Plaintiff,
                                           FINDINGS AND ORDER EXTENDING TIME FOR
14              v.                         PRELIMINARY HEARING PURSUANT TO RULE
                                           5.1(d), CONTINUANCE OF STATUS
15  ETHAN ANDREW EVANS TINDUKASIRI,        CONFERENCE, AND EXCLUDING TIME

16                       Defendants        DATE: July 28, 2022
                                           TIME: 2:00 p.m.
17                                         COURT: Hon. Barbara A. McAuliffe

18

19      The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

20  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on July 26, 2022.  The

    Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,
21
    demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule
22
    5.1(d) of the Federal Rules of Criminal Procedure and continuance of the status conference.
23
        Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests
24
    of justice served by granting this continuance outweigh the best interests of the public and the defendant
25
    in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would
26
    not adversely affect the public interest in the prompt disposition of criminal cases.
27
    ///
28

        [PROPOSED] FINDINGS AND ORDER                      1

1    THEREFORE, FOR GOOD CAUSE SHOWN:

2    1.    The date of the preliminary hearing in case 1:22-MJ-00117-SAB is extended to **August**

3    **16, 2022, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto.**

4    2.    The date of the status conference in case 1:22-MJ-00114-SAB is extended **to August 16,**

5    **2022, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto.**

6    3.    The time between July 28, 2022, and August 16, 2022, shall be excluded from calculation

7    pursuant to 18 U.S.C. § 3161(h)(7)(A).

8    4.    Defendant shall appear at that date and time before the Magistrate Judge on duty.

9    5.    The petition for violation of Pretrial Services Supervision remains on calendar for July

10   28, 2022 at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe.

11

12   IT IS SO ORDERED.

13   Dated:    **July 27, 2022**                    /s/ *Barbara A. McAuliffe* _

14                                                  UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINDINGS AND ORDER                    2