1  **CAROL ANN MOSES  #164193**
Attorney at Law
2  510 East Coral Pointe
Fresno, California  93730
3  Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
4  carol@yosemitelawyer.com

5  Attorney for Defendant,
ETHAN  TINDUKASIRI
6

UNITED STATES DISTRICT COURT
7
EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,        )        CASE NO. 1:22-mj-00114-SAB
                                    )              &  1:22-mj-00117-SAB
11              Plaintiff,           )
                                    )
12                                   )        STIPULATION FOR DEFENDANT'S
                                    )        TRAVEL TO EASTERN DISTRICT OF
13  vs.                              )        CALIFORNIA FOR EVALUATION &
                                    )        MEETING WITH ATTORNEY 10/25/22
14                                   )        & ORDER THEREON
                                    )
15  ETHAN TINDUKASIRI,               )        Date:
                                    )        Time:
16                                   )        Judge:  Honorable Barbara A. McAuliffe
               Defendant.            )
17  _____ )

18       IT IS HEREBY STIPULATED by and between the Defendant, ETHAN ANDREW

19  EVANS TINDUKASIRI, his attorney of record, CAROL ANN MOSES, and Assistant United

20  States Attorney KIMBERLY A. SANCHEZ, that Mr. Tindukasiri's request for this Court to

21  authorize Defendant's overnight travel outside of the Central District of California, to the Eastern

22  District of California, in Fresno, for a medical evaluation and attorney meeting be granted. The

23  request is for Mr. Tindukasiri, his mother and stepfather leave Huntington Beach, California, on

24  October 25, 2022 at approximately 10:00 AM and return to the Central District the following day

25  after the evaluation and attorney meeting, which currently is estimated to conclude at noon. Mr.

26  Tindukasiri will depart from Fresno at approximately 2:00 PM.

27  ///

28

DEFENDANT ETHAN TINDUKASIRI'S REQUEST TO TRAVEL OUTSIDE
THE CENTRAL DISTRICT TO THE EASTERN DISTRICT ON 10/25/2022
AND RETURNING THE NEXT AFTERNOON ON 10/26/2022

1    Mr. Tindukasiri is charged with 18 United States Code, Section 2241(a)(1), Attempted

2  Aggravated Sexual Abuse by Force or Threat, 18 United States Code, Section 2244(b), Abusive

3  Sexual Contact, and 36 CFR 2.35(c) being under the influence of alcohol or drugs in a park area,

4  all charges stem from an incident in Yosemite Valley on July 9, 2022.

5    The Pretrial Conditions of Release prohibit traveling outside the Central District of

6  California, which is where Mr. Tindukasiri resides, without permission from the United States

7  Pretrial Services Office.

8    The requested travel is to meet with his attorney and to be evaluated by Dr. Richard Blak,

9  Phd. Dr. Blak's address is 7341 North First Avenue, in Fresno, 93720. The appointment is

10  scheduled to begin at 7:00 AM on October 26, 2022, and last until approximately 12:00.

11    Assistant United States Attorney Kimberly Sanchez has no objection to this Court

12  authorizing travel for Mr. Tindukasiri outside the Central District of California to the Eastern

13  District of California and understands this travel request includes an over night stay in Fresno,

14  California.

15    Mr. Tindukasiri and his parents will be staying at the Hampton Inn & Suites at 327 East

16  Fir Avenue, Fresno, CA 93722 on the night of October 25, 2022. The Hampton Inn & Suites'

17  local phone number is (559) 447-5900.

18    Pretrial Services Officer Luis Trujillo from the Central District of California is aware of

19  this request, and has no objection to Mr. Tinkdukasiri's overnight travel to the Eastern District of

20  California.

21    United States Pretrial Services Officer Renee M Basurto called me this afternoon, October

22  24, 2022, and told me that a Stipulation and Proposed Order was required from the Court to

23  authorize overnight out of District travel. Officer Basurto indicated, while not overtly stating, she

24  has no objection to the granting of this request.

25  Dated: October 24, 2022                          /s/ Carol Ann Moses
                                                      CAROL ANN MOSES
26                                                    Attorney for Defendant,
27                                                    ETHAN TINDUKASIRI

28

DEFENDANT ETHAN TINDUKASIRI'S REQUEST TO TRAVEL OUTSIDE
THE CENTRAL DISTRICT TO THE EASTERN DISTRICT ON 10/25/2022
AND RETURNING THE NEXT AFTERNOON ON 10/26/2022

## **ORDER**

GOOD CAUSE APPEARING, the above request for ETHAN TINDUKASIRI to leave the Central District of California to travel, with his parents, to the Eastern District of California in Fresno for a medical evaluation and attorney meeting is accepted, granted and adopted as the Order of this Court in Case No. 1:22-mj-00114-SAB and Case No. 1:22-mj-00117-SAB.  Mr. Tindukasiri may leave the Central District of California with his parents on October 25, 2022 and is ordered to return to the Central District of California on October 26, 2022. All other conditions of release are to remain in force during the period of travel outside the Central District of California.

IT IS SO ORDERED.

Dated:   **October 25, 2022**                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

DEFENDANT ETHAN TINDUKASIRI'S REQUEST TO TRAVEL OUTSIDE
THE CENTRAL DISTRICT TO THE EASTERN DISTRICT ON 10/25/2022
AND RETURNING THE NEXT AFTERNOON ON 10/26/2022