1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO.  1:22-MJ-00117-SAB
                                                      1:22-MJ-00114-SAB
12                Plaintiff,
                                            STIPULATION REGARDING EXCLUDABLE
13        v.                                TIME PERIODS UNDER SPEEDY TRIAL ACT;
                                            ORDER
14 ETHAN ANDREW EVANS TINDUKASIRI,
                                            DATE: May 19, 2023
15                Defendant.                TIME: 2:00 p.m.
                                            COURT: Hon. Sheila K. Oberto
16

17        This case is set for a preliminary hearing on May 19, 2023.  The parties agree and stipulate to

18 continue the preliminary hearing until July 21, 2023 at 2:00 p.m. before the duty magistrate.  Defense

19 counsel has continued to be engaged in discussions and further investigation, and needs additional time

20 to conclude that process.  Additionally, the parties are engaged in discussions and investigation of issues

21 related to a possible pre-indictment resolution, exploring issues related to the defendant's mental health,

22 as well as consultation with or seeking consultation with experts.  The defense has provided the

23 government with a mental health assessment and the government retained an expert to help assess the

24 case.  There are complex factual and legal issues the parties are exploring, and believe that additional

25 time to conclude that process will be productive in moving the case forward.

26        If the case is continued, this Court should designate a new date for the preliminary hearing.

27 *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be

28 "specifically limited in time").

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for preliminary hearing on May 19, 2023.

2.      By this stipulation, defendant now moves to continue the preliminary hearing until **May 19, 2023, at 2:00 p.m.** and to exclude time between May 19, 2023, and July 21, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The parties are discussing and conducting further investigation into pre-indictment matters, and need additional time to conclude.

b)      Counsel for defendant desires additional time to consult with her client, conduct further investigation, provide time for the government to assess information defense provided, and further discuss charges with the government.

c)      Counsel for defendant has received a report from an expert defense retained, and the parties need time to further discuss and evaluate that.

d)      The parties are engaged in discussions and investigation of issues related to the defendant's mental health, as well as consultation with or seeking consultation with experts

e)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)      The government does not object to the continuance.

g)      Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause".  Here, the defendant consents and there is good cause as set forth herein.

h)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of May 19, 2023 to July 21, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

IT IS SO STIPULATED.

Dated:  May 17, 2023                                  PHILLIP A. TALBERT
                                                                United States Attorney


                                                                /s/ KIMBERLY A. SANCHEZ
                                                                KIMBERLY A. SANCHEZ
                                                                Assistant United States Attorney


Dated:  May 17, 2023                                  /s/ CAROL ANN MOSES
                                                                CAROL ANN MOSES
                                                                Counsel for Defendant
                                                                ETHAN ANDREW EVANS
                                                                TINDUKASIRI


**ORDER**

IT IS SO ORDERED.




DATED:      5/18/2023                    _Sheila K. Oberto_
                                                        THE HONORABLE SHEILA K. OBERTO
                                                        UNITED STATES MAGISTRATE JUDGE