1  CAROL ANN MOSES #164193
   Attorney at Law
2  510 East Coral Pte
   Fresno, CA 93730
3  (559) 240-5456
   carol@yosemitelawyer.com
4

5  Attorney for Defendant
   ETHAN ANDREW EVANS TINDUKASIRI
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,              CASE NO.  1:22-MJ-00117-SAB
                                                    1:22-MJ-00114-SAB
11                   Plaintiff,
                                          STIPULATION REGARDING EXCLUDABLE
12          v.                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
                                          FINDINGS AND ORDER
13 ETHAN ANDREW EVANS TINDUKASIRI,
                                          DATE: July 21, 2023
14                   Defendant.           TIME: 2:00 p.m.
                                          COURT: Hon. Erica Grossjean
15

16      This case is set for a preliminary hearing on July 21, 2023.  The parties agree and stipulate to

17 continue the preliminary hearing until September 22, 2023, at 2:00 p.m. before the duty magistrate.

18 Defense counsel has continued to be engaged in discussions and further investigation, and needs

19 additional time to conclude that process.  Additionally, the parties are engaged in discussions and

20 investigation of issues related to a possible pre-indictment resolution, exploring issues related to the

21 defendant's mental health, as well as consultation with or seeking consultation with experts.  The

22 defense has provided the government with a mental health assessment and the government retained an

23 expert to help assess the case.  There are complex factual and legal issues the parties are exploring, and

24 believe that additional time to conclude that process will be productive in moving the case forward.

25 Additionally Mr. Tindukasiri suffered a ruptured appendix requiring emergency surgery. While he is out

26 of the hospital and at home recovering, he is unable to travel for several more weeks.

27      If the case is continued, this Court should designate a new date for the preliminary hearing.

28 *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be

   STIPULATION REGARDING EXCLUDABLE TIME        1
   PERIODS UNDER SPEEDY TRIAL ACT

1 | "specifically limited in time").

2 | **STIPULATION**

3 | Plaintiff United States of America, by and through its counsel of record, and defendant, by and

4 | through defendant's counsel of record, hereby stipulate as follows:

5 | 1.      By previous order, this matter was set for preliminary hearing on July 21, 2023.

6 | 2.      By this stipulation, defendant now moves to continue the preliminary hearing until

7 | **September 22, 2023, at 2:00 p.m.** and to exclude time between July 21, 2023, and September 22, 2023,

8 | under Local Code T4.

9 | 3.      The parties agree and stipulate, and request that the Court find the following:

10 | a)      The parties are discussing and conducting further investigation into pre-

11 | indictment matters, and need additional time to conclude.

12 | b)      Counsel for defendant desires additional time to consult with her client, conduct

13 | further investigation, provide time for the government to assess information defense provided,

14 | and further discuss charges with the government.

15 | c)      Counsel for defendant has received a report from an expert defense retained, and

16 | the parties need time to further discuss and evaluate that.

17 | d)      The parties are engaged in discussions and investigation of issues related to the

18 | defendant's mental health, as well as consultation with or seeking consultation with experts

19 | e)      Counsel for defendant believes that failure to grant the above-requested

20 | continuance would deny him the reasonable time necessary for effective preparation, taking into

21 | account the exercise of due diligence.

22 | f)      The government does not object to the continuance.

23 | g)      Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later

24 | than 14 days after initial appearance if the defendant is in custody," unless the defendant

25 | consents and there is a "showing of good cause".  Here, the defendant consents and there is good

26 | cause as set forth herein.

27 | h)      Based on the above-stated findings, the ends of justice served by continuing the

28 | case as requested outweigh the interest of the public and the defendant in an indictment or trial

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1    within the original dates prescribed by the Speedy Trial Act.

2           i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

3    et seq., within which an indictment must be filed and within which a trial must commence, the

4    time period of July 21, 2023 to September 22, 2023, inclusive, is deemed excludable pursuant to

5    18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted

6    by the Court at defendant's request on the basis of the Court's finding that the ends of justice

7    served by taking such action outweigh the best interest of the public and the defendant in a

8    speedy indictment/trial.

9           4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

10   Speedy Trial Act dictate that additional time periods are excludable from the period within which an

11   indictment must be filed and a trial must commence.

12          IT IS SO STIPULATED.

13    Dated:  July 17, 2023                           PHILLIP A. TALBERT
                                                      United States Attorney
14

15                                                    /s/ KIMBERLY A. SANCHEZ
                                                      KIMBERLY A. SANCHEZ
16                                                    Assistant United States Attorney

17

18    Dated:  June 17, 2023                           /s/ CAROL ANN MOSES
                                                      CAROL ANN MOSES
19                                                    Counsel for Defendant
                                                      ETHAN ANDREW EVANS
20                                                    TINDUKASIRI

21
                                        **FINDINGS AND ORDER**
22
             The Preliminary Hearing in Case Numbers 1:22-mj-00117-SAB and
23
      1:22-MJ-00114-SAB is continued to September 22, 2023, at 2:00 pm before the duty magistrate judge.
24    IT IS SO ORDERED.

25
         Dated:   **July 17, 2023**                   /s/ _Erwin P. Gross_
26                                                    UNITED STATES MAGISTRATE JUDGE

27

28

      STIPULATION REGARDING EXCLUDABLE TIME                   3
      PERIODS UNDER SPEEDY TRIAL ACT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4