PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ETHAN ANDREW EVANS TINDUKASIRI,<br><br>Defendant. | CASE NO.  1:22-MJ-00117-SAB<br>          1:22-MJ-00114-SAB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 22, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

This case is set for a preliminary hearing on September 22, 2023. The parties agree and stipulate to continue the preliminary hearing until December 1, 2023 at 2:00 p.m. before the duty magistrate. Defense counsel has continued to be engaged in discussions and further investigation, and needs additional time to conclude that process. Additionally, the parties are engaged in discussions and investigation of issues related to a possible pre-indictment resolution, exploring issues related to the defendant's mental health, as well as consultation with or seeking consultation with experts. The defense has provided the government with a mental health assessment and the government retained an expert to help assess the case. The government is in consultation with its expert, and needs additional time to further consult with relevant parties. There are complex factual and legal issues the parties are exploring, and believe that additional time to conclude that process will be productive in moving the case forward.

If the case is continued, this Court should designate a new date for the preliminary hearing.

1  *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be
2  "specifically limited in time").

3  **STIPULATION**

4  Plaintiff United States of America, by and through its counsel of record, and defendant, by and
5  through defendant's counsel of record, hereby stipulate as follows:

6  1. By previous order, this matter was set for preliminary hearing on September 22, 2023.

7  2. By this stipulation, defendant now moves to continue the preliminary hearing until
8  **December 1, 2023, at 2:00 p.m.** and to exclude time between September 22, 2023, and December 1,
9  2023, under Local Code T4.

10  3. The parties agree and stipulate, and request that the Court find the following:

11  a) The parties are discussing and conducting further investigation into pre-
12  indictment matters, and need additional time to conclude.

13  b) Counsel for defendant desires additional time to consult with her client, conduct
14  further investigation, provide time for the government to assess information defense provided,
15  and further discuss charges with the government.

16  c) Counsel for defendant has received a report from an expert defense retained, and
17  the parties need time to further discuss and evaluate that.

18  d) The parties are engaged in discussions and investigation of issues related to the
19  defendant's mental health, as well as consultation with or seeking consultation with experts

20  e) Counsel for defendant believes that failure to grant the above-requested
21  continuance would deny him the reasonable time necessary for effective preparation, taking into
22  account the exercise of due diligence.

23  f) The government does not object to the continuance.

24  g) Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later
25  than 14 days after initial appearance if the defendant is in custody," unless the defendant
26  consents and there is a "showing of good cause". Here, the defendant consents and there is good
27  cause as set forth herein.

28  h) Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

        i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of September 22, 2023 to December 1, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

IT IS SO STIPULATED.

Dated:  September 20, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated:  September 20, 2023

/s/ CAROL ANN MOSES
CAROL ANN MOSES
Counsel for Defendant
ETHAN ANDREW EVANS
TINDUKASIRI

## **ORDER**

IT IS SO ORDERED that the preliminary hearing is continued from September 22, 2023, to **December 1, 2023, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __September 20, 2023__          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE